UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASLEEN CHUGG,

                    Plaintiff,

-against-

QBE INVESTMENTS (NORTH AMERICA) INC., et al.,

                    Defendants.

**ORDER**

18 Civ. 10221 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action currently scheduled for December 19, 2019 is adjourned sine die.

Dated: New York, New York
       December 17, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge