```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

JASLEEN CHUGG,

                                               Plaintiff,

         -against-

QBE AMERICAS, INC., et al.,

                                               Defendants.

18-CV-10221 (PGG)(SN)

**ORDER**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       The Court held a discovery conference on January 29, 2020, to address the outstanding discovery issues raised in the parties' recent letters. ECF Nos. 41, 43 & 46. For the reasons stated at that conference, the Court enters the following rulings and discovery schedule:

- By no later than February 3, 2020, Defendants are to produce a privilege log regarding the assertion of privilege in response to Plaintiff's request for "any and all documents, including but not limited to summaries/reports written by Adam Rankin, regrading Plaintiff or her claims in this lawsuit after Defendants received notice of Plaintiff's claims."

- If Plaintiff objects to Defendants' assertion of privilege, both parties shall simultaneously file three-page letters setting forth the basis of their position by February 7, 2020. Defendant shall also submit the document(s) withheld based on privilege grounds *ex parte* for *in camera* review by emailing the document(s) as .pdf attachments to Netburn_NYSDChambers@nysd.uscourts.gov.

- Defendants' request to reopen the deposition of Plaintiff is denied. Defendants' request for text communications with Plaintiff's parents and brother is denied. Defendants' request for native format copies of all text, email, and WhatsApp communication with Defendants is granted. Defendants' request to depose Plaintiff's parents is granted; each deposition shall be no more than four hours, and Plaintiff is ordered to facilitate the arrangement of those depositions.

- Plaintiff's request for "Santos's poems" and job descriptions of the individual Defendants is granted. The Court understands that all other requests have been produced and responded to.

- The parties are further ordered to follow any other ruling from the conference. All other the applications are denied.

- Unless otherwise stated, all documents addressed at the conference shall be produced by February 14, 2020.

- The close of all fact discovery is February 28, 2020.

- Defendants' expert report shall be served by March 13, 2020.

- The close of all expert discovery is March 31, 2020.

These deadlines will not be extended. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: January 29, 2020
New York, New York