UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASLEEN CHUGG,

                                     **Plaintiff,**                           18-CV-10221 (PGG)(SN)

            -against-                                  **SETTLEMENT CONFERENCE ORDER**

QBE INVESTMENTS (NORTH AMERICA)
INC., et al.,

                                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A follow-up settlement conference will be held on Monday, March 16, 2020, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      February 20, 2020
                  New York, New York