UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASLEEN CHUGG,

                              Plaintiff,

             -against-

QBE AMERICAS, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

18-CV-10221 (PGG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the upcoming deadline to submit pre-motion letters on October 30, 2020, the parties are directed to contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to schedule a settlement conference, if they believe it would be productive at this time. Considering the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      October 21, 2020
                New York, New York